## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Frank Sedlacek, | ) | |
| | ) | Case No. 12 B 25763 |
| Debtor. | ) | |
| | ) | |

### Application to Pay Filing Fee in Installments

The Debtor, Frank ("Tom") Sedlacek, states for his Application to Pay Filing Fee in Installments:

1.     Tom is being represented *pro bono*.

2.     Tom cannot afford to pay the filing fee unless he does so in installments.   His affidavit is attached.

3.     Although Tom's affidavit asks for payment dates on the 27th day of the relevant months, the payments will actually be made on the 25th day of the relevant months to comport with the requirements that he became aware of as we filed this Application.

Respectfully submitted,

**Tom Sedlacek**

By:     /s/ Bert Zaczek

Bert Zaczek
Amy Pikarsky
311 N. Aberdeen, Suite 300-B
Chicago, Illinois 60607
T: 312-527-1090
Attorney I.D.  6217079
Attorney I.D. 6290464